IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JOE HAND PROMOTIONS, INC. :

                                                 Case No. 3:14-cv-039

               Plaintiff, :

                                                 Judge Walter H. Rice

   -vs-

STEPHAINE BACK, et. al., :

            Defendant. :

## DISMISSAL ORDER

        IT IS HEREBY ORDERED that this action is hereby dismissed, without prejudice, for lack of prosecution.

October 7, 2014

                                                                 WALTER H. RICE, JUDGE
                                                                 UNITED STATES DISTRICT COURT